US DISTRICT COURT
DISTRICT OF NEW JERSEY

I. SHAH, A. SHAH AND FAMILY                Case Number

Plaintiffs

Vs.

Wisconsin Department of Transportation

Defendant

PARTIES

I. SHAH, A. SHAH & Family (Plaintiffs)
14th Main Street
South BoundBrook, NJ-08880

Wisconsin Department of Transportation (Defendant)
4802 Sheboygan Avenue
Madison, Wisconsin

Jurisdiction

All plaintiffs lives in Middlesex county NJ USA.  Plaintiffs are citizen of NJ State. Diversity is a basis of Jurisdiction.

## Cause of Action

I, I. Shah, plaintiff and POA holder of A. Shah and family on behalf of myself and other plaintiffs filed this court action.

I am an east Indian woman and an immigrant and a mother of young children. A. Shah is my husband.

My husband was a state DOT employee, engineer. He was also the appointee of the Republican Mayor/president.

My husband, his court actions or his health issues were not new to the WIDOT(Wisconsin Department of Transportation) or Wisconsin state patrol employees, Staff and officers.

I, plaintiff and POA holder of A. Shah alleges following:

My husband blew whistle against corruption and other issues against Hon. WIDOT secretary, deputy secretary /Governor's appointees/ officials and filed a court case against Hon. DOT secretaries/ Governor's appointees in December 2007. My husband was illegally terminated from the state job because he blew whistle. The WIDOT did not follow the procedure and recklessly violated his civil and constitutional rights even though my husband had property interest/rights in the state job as per Wisconsin state laws.

Soon after this case filed in Dec. 2007 and just before my husband was about to win one federal action against the WIDOT and WIDOT officials, Hon. WIDOT secretaries, Governors appointees and others conspired and falsely alleged my husband, falsely detained him and falsely prosecuted him abusing their power and misused state patrol police around end of December 2007. I was with my husband when state patrol falsely alleged and detained him when we went to collect the open record document, which was requested under Wisconsin state's open record law and under federal freedom of information act and the money/ fee $5.00 (US Dollar five was paid in full). We were not allowed to go home for several hours or were not allowed to talk to our attorney. I went with my husband giving my children to one person to baby sit from our community telling her I am returning in half an hour at the maximum. Even after I was literally crying, I was not allowed to go home. Even after explaining over and over that the children are not familiar with the baby sitter its already more than 3 hours and children will be crying and hungry especially I have a very young baby that need to feed. But officer kept discussing and it appeared to me he was receiving calls from secretary office and taking order what clause he applies to my husband and did not let me or my husband go or call or talk with anyone. There are other examples that I will present later on when Hon. Governor's appointees and DOT official made several attempts to frame us in a crime and most nerve racking how Judges in the Wisconsin are biased

towards my husband and family and how they got influenced by these politicians. In 2006 Governor election so many law suits were filed against Republican candidate Hon. Mark Green at the time of election in several counties at a time that all time he spent in court rather than campaigning. In the end Hon. Mark Green gave up politics and accepted job outside the US. On the other hand the US attorney office in Wisconsin prosecuted one state employee for favouring a company who made a campaign donation to the Hon. Governor. That employee was sentenced by the jury was later found not guilty. so this two examples proves that how capable are defendants, Governor's appointees and if US Congressman Hon. Green left the politics and the country we are immigrant our first language is not English and lower middle class basically like piece of dirt compare to most people. I don't know we ever will get justice. Not only general citizen taxpayers are afraid to open mouth against corruption but supporters of a person who run unsuccessfully from democratic party primary against Hon. Governor still fears.

We were forced to drop both court actions against the defendants. After we dropped both court actions without any cost, the state dropped complaint of wrong doing against my husband.

It is against Wisconsin state law to use state patrol police in employee- employer issues still WIDOT officials conspired and made several attempts to frame my husband in a crime since he blew whistle against these people.

In the name of work related issues investigations since year 2003. My husband was interrogated and tortured mentally by state patrol every other week since 2003 at their facility on and off the record to frame him in a crime. Although my husband was working as an engineer for the DOT and he has nothing to do with the WI state patrol.

WIDOT officials conspired and committed hate crime against my husband, falsely alleged him and falsely detained him and falsely prosecuted him to get rid of court actions filed by my husband and to kick him out of the United States.

The WIDOT secretaries/ Governor's appointees also abused their power to politicized employees union state engineering association so the union never listened my husband when he was singled out and when DOT officials were framing my husband in a crime. My husband filed several grievances in the SEA, State Engineering Association (union) including but not limited to misuse of state patrol officers for interrogation in the name of work related issues. In fact SEA union, union attorney and office bearers joined hands with WIDOT officials.

Since my husband blew whistle WIDOT officials sabotaged and still today continued to sabotage all the efforts to hire an attorney to get justice and exercise our constitutional rights by influencing the attorney, influencing the Judges, influencing the court employees, by destroying evidence that prove our story from court records and court files.

These WIDOT officials also wire taped our phone and internet and web surfing activities, some time hiring people to follow us using their influence over different law enforcement agencies and other sources and still today continued to do it and made our life like Guantanamo bay prisoners.

Because of wiretapping our phone and electronic and physical surveillance still today we failed to hire or failed to find a single attorney for this current action who even ready to listen our case or story. So I request court to appoint the attorney for plaintiff at plaintiff's expense.

We were threatened and we were forced to shut mouth. We made several failed attempts to get justice through Wisconsin based courts but WIDOT officials sabotaged all our efforts so far and there is no way we can exercise our constitutional rights to get justice in the state of Wisconsin. I want to tell more and want to write more in this complaint but I can't put my and my family member's life in the danger. Plaintiffs have no choice but try this case in NJ federal court under diversity law.

During 2006 Governor's appointee secretary/deputy secretary was selling barbeque at $500 to $1000 a piece for raising money for Hon. Governor Doyle's election campaign during work time as per media report but everybody shut their mouth because everybody thought there may be bipartisan corruption and nothing can happen to these people. In millions of dollars of design build DOT contract, when something went wrong due to contractor/designer's fault, always taxpayers ended up paying to correct the job due to corruption.

Democratic party and their leadership conspired with the help of other officials or employees and (1) Recklessly violated civil and human rights because of racial hatred (2) Politicized the DOT agency and union (3) Used and Promoted religion using tax payers money and state resources and violated church and state law (4) shown no respect for a person of colour and his family and young children violated human rights (5) Did not give access to the plaintiff's attorney to the plaintiffs when detained illegally (6) Wire-taped and illegal surveillance of plaintiffs and his family. (7) Hon. Governor's appointee made an open statement in the meeting of a state employee that the women staff are not promoted at WIDOT because the women have family duty and they get pregnant. Basically Democrat Governor's appointees with the help of state employees did all of the above for which the Democrats and media criticized Republican Party and Republican leadership for years.

DEMAND

Plaintiff demands monetary awards for emotional pain and suffering, reputational injuries, lost wages, future and past benefits for all family members including plaintiff under federal and NJ and WI state laws, privacy acts, libel, slander and defamation laws of NJ and WI state and federal. Tort laws of NJ and WI state and federal and WI and NJ and federal civil rights laws and hate crime laws and any other applicable laws, acts and rules that help in compensating all the acts of WIDOT people. Stop wiretapping and stalking and violation of privacy and other intimidation tactics. Reopen all the cases again in New Jersey federal court except claims against WIDOJ and its employees.

Respectfully submitted.

December 18, 2009.

I. Shah for plaintiffs I. Shah, A. Shah and family